Nicholas R Webb, PMHNP, DNP, ESQ (SBN 332586)
BalestraWebb Law
1426 Plaza De Oro
Benicia, CA 94510
Phone: 844-MED-LAWS
Email: Nick@BalestraWebb.com

Attorney for Plaintiff,
ALYSSA NISLY

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALYSSA NISLY,<br>　　　Plaintiff,<br><br>v.<br><br>SIERRA DONOR SERVICES; DCI DONOR SERVICES, INC.; and Does 1–50, inclusive,<br>　　　Defendants. | Case No.: 2:25-cv-03431-CSK<br><br>**JOINT STIPULATION TO: (1) PERMIT PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT TO CORRECT MISNOMER; (2) DEEM DCI DONOR SERVICES, INC.'S ANSWER RESPONSIVE TO THE FIRST AMENDED COMPLAINT; AND (3) VACATE THE NEED FOR A STATUS REPORT OR DEFAULT REQUEST AS TO "SIERRA DONOR SERVICES"; ORDER** |

Plaintiff ALYSSA NISLY ("Plaintiff") and Defendant DCI DONOR SERVICES, INC. ("DCI"), by and through their respective counsel of record, hereby stipulate as follows:

### RECITALS

1. On October 27, 2025, Plaintiff filed her Complaint in the Superior Court of California, County of Sacramento, Case No. 25CV025525, naming, among others, "Sierra Donor Services" as a defendant.

2. On November 26, 2025, Defendant DCI removed the action to this Court, Case No. 2:25-cv-03431-CSK.

JOINT STIPULATION

3. On December 2, 2025, Defendant DCI filed its Answer to the Complaint in this action.

4. On March 9, 2026, the Court issued a Minute Order stating that, as of that date, Defendant Sierra Donor Services had not appeared in the action and directing Plaintiff to file a status report regarding the status of the action within fourteen (14) days, unless a request for entry of default was filed against Sierra Donor Services within that same period.

5. Counsel thereafter met and conferred regarding the status of "Sierra Donor Services."

6. Defendant DCI contends that "Sierra Donor Services" is not a separate legal entity capable of being sued, but instead is not a suable entity separate from DCI, and that DCI has already appeared in this action as the proper responding entity.

7. To avoid unnecessary motion practice and to clarify the pleadings and record, the parties agree that Plaintiff should be permitted to file a First Amended Complaint correcting the identification of "Sierra Donor Services" and clarifying the proper defendant entity or entities.

8. The parties further agree that DCI's previously filed Answer should be deemed the operative responsive pleading to the First Amended Complaint to the extent the allegations and claims against DCI remain unchanged, without prejudice to DCI filing an amended responsive pleading if necessary.

9. This Stipulation is entered into to facilitate efficient case administration and does not waive any party's claims, defenses, objections, or arguments except as expressly stated herein.

**STIPULATION**

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Defendant DCI, through their undersigned counsel, subject to the Court's approval, as follows:

1. Plaintiff may file a First Amended Complaint for the limited purpose of correcting the identification of "Sierra Donor Services" and clarifying the proper defendant entity or

entities.

2. Plaintiff shall file the First Amended Complaint within five (5) court days of the Court's order approving this Stipulation, or within such other time as the Court may order.

3. DCI's Answer already on file shall be deemed the operative responsive pleading to the First Amended Complaint to the extent the First Amended Complaint does not materially change the claims or allegations asserted against DCI.

4. To the extent the First Amended Complaint includes new or materially revised allegations directed to DCI, DCI shall have twenty-one (21) days after service of the First Amended Complaint to file an amended responsive pleading.

5. Upon the filing of the First Amended Complaint in accordance with the Court's order, Plaintiff shall not be required to seek entry of default as to "Sierra Donor Services," and no separate status report shall be required in response to the Court's March 9, 2026, Minute Order as to that entity designation.

6. Except as expressly provided herein, no party waives any claims, defenses, objections, or arguments by entering into this Stipulation.

IT IS SO STIPULATED.

Dated: March 19, 2026,                 **BALESTRA WEBB LAW**

By:_____
        NICHOLAS R. WEBB, PMHNP, DNP, ESQ.
                Attorney for Plaintiff

Dated: March 19, 2026,

**COOK BROWN LLP**

By: __/s/_____
Daniel F. C. Kozieja
Attorneys for Defendant
DCI DONOR SERVICES, INC.

**ORDER**

The Court, having reviewed the Parties' Joint Stipulation to (1) Permit Plaintiff to File a First Amended Complaint to Correct Misnomer; (2) Deem DCI Donor Services, Inc.'s Answer Responsive to the First Amended Complaint; and (3) Discharge the March 9, 2026 Minute Order as to Any Status Report or Default Request Directed to "Sierra Donor Services," and good cause appearing, hereby orders:

1.  The Joint Stipulation is GRANTED.

2.  Plaintiff may file a First Amended Complaint for the limited purpose of correcting the identification of "Sierra Donor Services" and clarifying the proper defendant entity or entities.

3.  Plaintiff shall file the First Amended Complaint within five (5) court days of entry of this Order.

4.  Defendant DCI Donor Services, Inc.'s previously filed Answer shall be deemed the operative responsive pleading to the First Amended Complaint to the extent the First Amended Complaint does not materially alter the claims asserted against DCI Donor Services, Inc.

5.  To the extent the First Amended Complaint contains new or materially revised allegations directed to DCI Donor Services, Inc., DCI Donor Services, Inc. shall have twenty-one (21) days after service of the First Amended Complaint to file an amended responsive pleading.

6.  Plaintiff need not file a request for entry of default as to "Sierra Donor Services," and no separate status report shall be required in response to the Court's March 9, 2026 Minute Order, provided Plaintiff timely files the First Amended Complaint in accordance with this Order.

IT IS SO ORDERED.

DATED : March 19, 2026

_____

Troy L. Nunley
Chief United States District Judge

JOINT STIPULATION